IPP International U.G. Declaration Exhibit A
File Hashes for IP Address 98.200.26.23

**ISP:** Comcast Cable
**Physical Location:** Houston, TX

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 10/17/2017 13:09:07 | 983C0248235B4AC239F126947EB194068A914603 | Love Burns Again |
| 10/17/2017 13:01:04 | 71D362F0AE6CE4E6E19C62D7824019BE1F25443A | Black Lace and Blonde Hair in My Bed |
| 10/17/2017 13:00:46 | 507D295A735F5464F4C3DB79DC495B3077D31578 | Piano Concerto |
| 03/18/2017 20:45:55 | D9798368C2FF81546795B6B1BA7EB50C5EDBCBD8 | A Fucking Hot Threesome |
| 03/18/2017 16:02:55 | E730ABBEBA01F69794668EDBEAE760A7D86475D4 | Among The Wildflowers |
| 02/28/2017 11:33:21 | E3B203419FB0600C8FEDA0E9A4EECBB9E77576D8 | Want To Fuck My Wife |
| 07/06/2016 13:47:51 | A450E529C2A9447C96F8B38790EE61863AB27AD2 | Kacey Jordan Does Xart |
| 06/25/2016 14:24:39 | CB3EAE417778FFD481453F3618F8ED6D4AB751AE | Triple Blonde Fantasy |
| 06/08/2016 17:13:45 | 3CD4FFAF5440DFE6A6E9BE4946542C08ECB5C417 | Threesome With a View |
| 04/17/2016 16:05:06 | 418612CDA063819CF12372355DCD2C2573FD0337 | Truth or Dare |
| 04/10/2016 05:23:45 | F3C42A1DA3AB954C4FF8BACE354EA85BF6E5C277 | Do Me Darling |
| 03/01/2016 08:06:43 | 07A21C383E6CB33DD720E98BF37F312B82E44CDE | Two Cocks In Karla |
| 02/21/2016 11:54:08 | 2D977CF21E6554D14D2FCAF8763E43CA6636E264 | Luckiest Man Alive |
| 01/30/2016 16:12:14 | 0795957EB77B0C2ECD7C669292F5FD28BC3629CA | Four Way In 4K |
| 01/06/2016 14:15:15 | 33D0A5CDC8BFB8311B2235E22E7DE5259C737BF7 | Competition |
| 01/06/2016 14:11:44 | 6D8E818DE86E92D79FD4270BD1422B64832F5E7D | Girls Just Want to Have Fun |
| 12/30/2015 16:27:16 | FC35F5ED86A37786D1CE7F3C99C7AEC5B0A500EE | Inside Caprice |
| 11/14/2015 21:50:09 | 4CBE8879EDEEC66D681CC570CD3434B1CE7788AA | X-art Unauthorized Pack 4CBE887 |
| 11/12/2015 18:49:07 | 3A40DA866D2AB28621EAD54B43B8A03E170FBF01 | Dressed to Thrill |
| 11/12/2015 18:38:07 | 24749B2D2FA20F38142DF7E7AFC4536AF7338948 | The Cabin And My Wood |
| 11/11/2015 21:12:42 | A93E7810B3FC2E2E2704A1E4FFE2CB204B6F34A0 | Blonde Perfection |
| 11/11/2015 21:09:21 | 75D80D1C22D33C98CA4377FA2929158AD7680255 | Group Sex |

EXHIBIT A

STX114

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 11/11/2015 21:07:42 | AC5147FC28EA0D5B4784B2BFA4AFE5FB37D4C1E9 | Vacation Fantasy |
| 11/11/2015 20:33:46 | 5AD7B95FFA75C4606F63B6E16A793974AC0B7567 | Knock On My Door |
| 11/11/2015 19:51:08 | 8E5D4B88383770091C52EE405B3602A48A1FF8B6 | Just the Three of Us |
| 11/11/2015 19:46:03 | E57ED74659C45C36B915F7ED7F06AC247A2BD83A | Sexy En Noir |
| 11/11/2015 16:25:48 | D1938508B57B1953E3CB1905052DA996C5AF823B | My Blue Heaven |
| 11/10/2015 13:45:08 | 065338DB17BE8DB45AC608FED6E0D89A91C018B3 | X-art Unauthorized Pack 065338D |
| 10/27/2015 00:03:09 | 70A034939C253667D5FAA7EB749EEACE141BB687 | In Love With Little Caprice |
| 10/18/2015 23:47:17 | E3CF14FCE74AF98EDF6BCB8680F8D99F72F8BD51 | Spanish Heat |
| 10/03/2015 20:39:23 | 8E8C511ECF850102118CD5F35F8FC76EE9B3C6D1 | Blonde Ambition |
| 09/05/2015 04:23:25 | D01D54EE3CCA3D37071B7A238B54166CDB1DCDE6 | A Deep Awakening |
| 07/12/2015 00:20:30 | A701DF9E381A296047A82A5C0D7DC13D34C9B6EC | Are You Man Enough |
| 02/17/2015 03:41:42 | C3F656CDA6134E3569B0476DAB07D8913E01DF6E | Bring Me To My Knees |
| 12/21/2014 14:37:01 | 8C87E30CEA74E58DDBF2A3E25E8333E13C18DD09 | Ready for Bed |
| 12/16/2014 13:59:24 | 15500239961B397F15EB325A5A6B061481766E9A | First Time |
| 11/27/2014 14:56:55 | 7B3BD6CB04B4820C3BB3A3716B5B55F02FB89EBF | Cum In Get Wet |
| 11/26/2014 11:06:08 | D54A287D57980AB53CBDAAEBD54863F68E264ADA | Forever You Part #1 |
| 11/11/2014 06:06:38 | 2F4771020A9701851F7D58DDEC8A77D916B55650 | Exposed And Aroused |
| 10/11/2014 22:14:56 | 209AA26864182D392CDE5256AB22C1F425AFD6E6 | Awe Inspiring Orgy |
| 09/26/2014 10:40:10 | 1390FF0BBB9D66CCE99CEC4F2B1D3404F0E730FA | Sparks |
| 09/22/2014 00:59:00 | 1D7E74C33FAD4573A9D96C1F3EC14CD02445DD02 | Hot Bath For Two |
| 09/21/2014 15:01:14 | 0C485A86BB4EB968F1BDCD9D362FF25C98C72879 | Fun For Three |
| 08/28/2014 15:54:17 | 95B4E4CC01E2CBB87C987ADB2216565DD1416C32 | Taste Me |
| 06/01/2014 14:17:24 | 17E9C7AAB73C2845D20844533DD246E8A8A81F03 | From Three to Four Part 2 |
| 05/24/2014 13:19:18 | F30DFC38D86832C2252633A6967287C5ED4F1F53 | A Thought of You Part 2 |
| 05/24/2014 12:04:13 | 52547B96DD0BDFB178E1718D81B159D10A5800C1 | Two By Two |

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 04/06/2014 09:55:24 | 360103097682162BED6E1AF48A07B84BD0E5B7C6 | I Am In the Mood |
| 04/06/2014 09:53:53 | 15036C97E11F054B35EC4B131F7749469238B4B3 | Season of Love |
| 04/06/2014 09:50:53 | 08F449D36134BB91DFBBEE8EF99368A3A34B252D | Arrest Me |
| 04/06/2014 08:22:55 | BE8D1D6FC734C53D97F77FDE5769D86B2DE01DCF | Floating Emotions |
| 03/23/2014 11:19:32 | BC595F75F5D2747F382B845C19F4D51CCCCB5A1F | All Tied Up |
| 03/22/2014 01:53:22 | 56B890DBF45818C57D350DFCE7A9F33615B24F6E | My Naughty Girl |
| 03/22/2014 01:35:51 | A1AD1EFC25ECACCAF835F06862CEB5EC40D1289F | Deep Blue Passion |
| 03/10/2014 08:20:05 | 8C6F7B93472842C4DBD081201056822BEF60C625 | Sweet Dreamers |
| 02/18/2014 23:27:21 | 393C04762255DA6B05BBAE7F29933D8F7421F776 | At Home With Tiffany |
| 02/06/2014 04:47:32 | C0624BD9EEFC377EE4EDEB51362EC52876ACFA2B | Get Wild at Home |

**Total Statutory Claims Against Defendant: 187**

EXHIBIT A

STX114