SEP 28 2018

David J. Bradley, Clerk of Court

MALIBU MEDIA, LLC,

      Plaintiff,

v.

THEERA CHACHRIS HONGSONGKIAT

      Defendant,

CASE NO:
4:18-cv-00889

## AFFIRMATIVE DEFENSES

Now come the defendant, Theera Chachris Hongsongkiat, answer to the amended complaints in this case 4:18-cv-00889 and as to allegations about and against his individually and not as to any other Defendant, for which he has insufficient information or knowledge, state as follow:

## FIRST DEFENES

1. The complaint fails to state a claim upon which relief can be grantedagainst this answering defendant.

## SECOND DEFENES

2. The Defendant and/or claim in this action have been misjoined in violation of Fed. R. Civ. P. 20, 21, and/or 42,

3. This answer defendant reiterates all prior allegation and defense as if restated herein.

4. This answering Defendant is without sufficient information or knowledge, after reasonable inquiry, to form a belief as to the truth or veracity of

any allegations as to any other defendant other than himself, and as to the

allegations in paragraph  Nos.

1,2,3,4,5,6,7,8,9,10,11,12,13,14,15,16,17,18,19,20,21,22,23,24,25,26,27,28,29,

30,31,32,33

For these reason, defendant asks the Court to enter judgment that

plaintiff take nothing, dismiss  plaintiff's suit with prejudice, assess costs against

plaintiff, and award defendant all other relief the Court deems appropriate.

09/28/2018

Theera Chacharis Hongsongkiat

8418 kirksage Drive

Houston, Tx 77089

(713) 906-5287