Case 4:18-cv-00889 Document 26 Filed in TXSD on 11/07/18 Page 1 of 1

United States District Court
Southern District of Texas

**ENTERED**

November 08, 2018

David J. Bradley, Clerk

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS

MALIBU MEDIA, LLC,                    )
                                      )
      Plaintiff,                )    Civil Action Case No. 4:18-cv-00889
                                      )
v.                                    )
                                      )
THEERA HONGSONGKIAT,                  )
                                      )
      Defendant.                )
_____    )

## ORDER ON STIPULATION OF DISMISSAL

THIS CAUSE came before the Court upon the Parties' Stipulation to Dismiss all Plaintiff

Malibu Media, LLC's and Defendant Theera Hongsongkiat's claims against each other with

prejudice, and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE:

1. All Plaintiff's and Defendant's claims against each other are hereby dismissed with

   prejudice.

2. Each party shall bear its own attorneys' fees and costs.

3. This case is closed for administrative purposes.

SO ORDERED this ___ day of _____, 2018.

By: _____
      **UNITED STATES DISTRICT JUDGE**

1